United States District Court
Southern District of Texas
**ENTERED**
November 10, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUAN AGUILAR, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-114 |
| | § | |
| KEY ENERGY SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pursuant to Defendant's Suggestion of Bankruptcy (D.E. 37), this matter is

**STAYED** pending further order of the United States Bankruptcy Court for the District of

Delaware.  11 U.S.C. § 362.

ORDERED this 10th day of November, 2016.

Jason B. Libby
United States Magistrate Judge